UST-10, 2-97

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| In re: | ) | Chapter 7 |
|---|---|---|
| | ) | |
| BOWERS, MATTHEW, SR. | ) | Case No. 09-19473-BHC RJH |
| BOWERS, CONNIE | ) | |
| | ) | REPORT OF TRUSTEE'S SALE |
| | ) | |
| Debtor(s) | ) | |

    I, <u>WILLIAM E. PIERCE</u>, Trustee, make report of sale of certain assets of the debtor

Trustee's Sale held on <u>October 7</u>, <u>2009</u> , at <u>555 W.Road 3 North, Chino Valley, AZ 86323.</u>

PURCHASER: <u>Bouma Truck Sales, Rt 2 Box 101, Choteau, MT 59422</u>

PURCHASER TAX ID NO.<u>N/A</u>

DESCRIPTION OF ASSETS SOLD: **2005 HARLEY DAVIDSON MOTORCYCLE-VIN #1HD1GTN165K307539**

PRICE:  $<u>7,000.00</u>

The trustee reports that he has received full payment of the purchase.

<u>November 12, 2009</u>       <u>/s/William E. Pierce</u>
    DATE      WILLIAM E. PIERCE, Trustee